**Order filed September 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00175-CV

### J.M. ARPAD LAMELL, Appellant

### V.

### ONEWEST BANK, FSB, A FOREIGN CORPORATION, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-11491**

## O R D E R

Appellant's brief was originally due April 24, 2014. The court granted four extensions of time to file the brief. The final extension was granted to September 15, 2014, with a notation the no further extensions would be granted absent exceptional circumstances. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 15, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM